IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08CR272 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| vs. | ) | |
| | ) | |
| CESAR AUGUSTO JIMENEZ-MENDEZ aka SAZAR DENT, | ) ) | |
| | ) | |
| Defendant | | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the Acting United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against Cesar Augusto Jimenez-Mendez, defendant.

_William J. Edwards_
William J. Edwards
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_[signature]_
United States District Judge

Date: 16 March 2009

Form OBD-113!
Dec. 82